UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLIED WORLD ASSURANCE
COMPANY,

       Plaintiff,

v.                                               Case No:  2:18-cv-158-FtM-38CM

LEE MEMORIAL HEALTH SYSTEM,
LESLEY HOLMAN, DOMINGO
PEREZ TROY and MARIA PEDRO
RUPERTO,

       Defendants.
_____/

### **ORDER**[1]

Before the Court is Allied World Assurance Company's Notice of Filing Exhibit (Doc. 43) and the attached Exhibit A, which Allied inadvertently omitted from its Motion for Judgment on the Pleadings (Doc. 37). Exhibit A purports to be a letter sent from Lee Health to Allied on December 1, 2017, in response to a request for information. In paragraph 36 of its Answer, Lee Health admitted that it sent a response to Allied on December 1, 2017 (Doc. 25 at ¶ 36), and Lee Health's Response to Allied's Motion references a December 1, 2017 letter (Doc. 40). But because of Allied's late submission

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

of Exhibit A, Lee Health might not have had an opportunity to review it before filing its Response.

Accordingly, it is now

**ORDERED:**

Defendant Lee Memorial Health System is **DIRECTED** to do one of the following on or before **October 1, 2018**:

1. File a supplemental response of no more than 3 pages; or
2. Re-file the original Response in Opposition (Doc. 40) with any additions or corrections.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of September, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record